OCT 29 2025 PM1:16
FILED - USDC - FLMD - ORL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

NEDA JOUDEH

CASE NO. 6:25-cr-00290-CEM-DCI

18 U.S.C. § 875(c)
(Transmission of Interstate Threat to Injure)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Transmission of Interstate Threat to Injure)**

On or about June 21, 2025, in the Middle District of Florida, and elsewhere, the defendant,

NEDA JOUDEH,
a/k/a "falasteen8090"

did knowingly transmit in interstate and foreign commerce, a communication containing a threat to injure or kill another person, that is, an online comment that included the statement, "I wish someone would in alive him," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL,

███████████████

GREGORY W. KEHOE
United States Attorney

By: *(signature)*
Brandon Cruz
Assistant United States Attorney

By: *(signature)*
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
October 25

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

NEDA JOUDEH

INDICTMENT

Violations: 18 U.S.C. § 875(c)

Filed in open court this 29th day

of October 2025.

_____
Clerk

Bail $_____

GPO 863 525

AO 442 (Rev.11/11) Arrest Warrant                                                       FID 11882398

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED USMS ORLANDO
2025 OCT 30 PM 12:20

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 6:25-cr- 290-CEM-DCI |
| NEDA JOUDEH | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   NEDA JOUDEH

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interstate Transmission of Threat to Kidnap or Injure, in violation of 18 U.S.C. § 875(c).

Date: 10/29/2025

_Issuing officer's signature_

City and state:   Orlando, Florida        Elizabeth Warren, Clerk of Court
United States District Court
_Printed name and title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____

at _(city and state)_ _____.

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_